# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00650-CR

**Robert Trevino Botello, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT NO. D-1-DC-07-202153, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The trial court convicted appellant Robert Trevino Botello of two counts of aggravated sexual assault; found two enhancement allegations to be true, including a prior conviction for burglary with the intent to commit sexual assault; and sentenced him to life imprisonment. *See* Tex. Penal Code Ann. §§ 12.42(c)(2), 22.021 (West Supp. 2008). Appellant's appointed attorney has filed a brief concluding that the appeal is frivolous and without merit.

Counsel's brief meets the requirements of *Anders v. California*, 386 U.S. 738, 743-44 (1967), by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See Penson v. Ohio*, 488 U.S. 75, 80 (1988); *Anders*, 386 U.S. at 743-44; *High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684, 684 (Tex. Crim. App. 1974); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). Appellant's attorney sent appellant a copy of the brief and advised him that he had the right to

examine the record and file a pro se brief.  *See Anders*, 386 U.S. at 744; *Jackson v. State*, 485 S.W.2d 553, 553 (Tex. Crim. App. 1972).  No pro se brief has been filed.

We have considered the record and counsel's brief and agree that the appeal is frivolous and without merit.  We have reviewed the evidence presented to the jury and the procedures that were observed and find nothing in the record that might arguably support the appeal. We grant counsel's motion to withdraw and affirm the judgment of conviction.[1]

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Affirmed

Filed:   August 29, 2008

Do Not Publish

---

[1]  No substitute counsel will be appointed.  Should appellant wish to seek further review of his case by the court of criminal appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review.  *See generally* Tex. R. App. P. 68-79 (governing proceedings in the Texas Court of Criminal Appeals).  Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the date this Court overrules the last timely motion for rehearing filed.  *See* Tex. R. App. P. 68.2.  The petition must be filed with this Court, after which it will be forwarded to the court of criminal appeals along with the rest of the filings in the cause.  *See* Tex. R. App. P. 68.3, 68.7.  Any petition for discretionary review should comply with rules 68.4 and 68.5 of the rules of appellate procedure. *See* Tex. R. App. P. 68.4, 68.5.